1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  LIVIA R. MORALES, Bar #224504
   Staff Attorney
3  LARA C. WALLMAN
   Certified Law Clerk
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   HOMER LARKINS

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No. 06-mj-0045-DAD
                                    )
13              Plaintiff,          )
                                    ) STIPULATION AND ORDER
14      v.                          )
                                    )
15 HOMER LARKINS,                   ) Date:  March 29, 2006
                                    ) Time:  9:00 a.m.
16              Defendant.          ) Judge: Hon. Dale A. Drozd
                                    )
17 _____ )

18

19      IT IS HEREBY STIPULATED and agreed to between the United States of

20 America through MATTHEW C. STEGMAN, Assistant United States Attorney, and

21 defendant, HOMER LARKINS, by and through his counsel, LIVIA R. MORALES,

22 Staff Attorney, that the court trial set for March 29, 2006 at 9:00 a.m.

23 //

24 //

25 //

26 //

27     US v. Homer Larkins
       Mag No 06-0045-DAD
28     Stipulation & Order

1  be changed to a change-of-plea hearing.

2

3  Dated:  March 20, 2006

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Acting Federal Defender
6
                                     /s/ Livia R. Morales
7                                    _____
                                     LIVIA R. MORALES
8                                    Staff Attorney
                                     Attorney for Defendant
9                                    HOMER LARKINS

10
    DATED:  March 20, 2006
11                                   McGREGOR W. SCOTT
                                     United States Attorney
12
                                     /s/ Matthew C. Stegman
13                                   _____
                                     MATTHEW C. STEGMAN
14                                   Assistant United States Attorney

15                                   **O R D E R**

16

17  IT IS SO ORDERED.

18  DATED: March 21, 2006.

19

20  _____
    DALE A. DROZD
21  UNITED STATES MAGISTRATE JUDGE

22

23  Ddad1/orders.criminal/larkins0045.stipord

24

25

26

27

28

    US v. Homer Larkins
    Mag No 06-0045-DAD
    Stipulation & Order           2